

Order Filed on July 18, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

```
UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Raymond & Raymond, Esqs.
Attorneys at Law
7 Glenwood Avenue, 4TH Floor
East Orange, New Jersey 07017
Telephone: (973) 675-5622
Telefax: (408) 519-6711
Email: herbertraymond@gmail.com
Herbert B. Raymond, Esq.
Jeffrey M. Raymond, Esq.
Kevin DeLyon, Esq.
Attorneys for the Debtor(s)
```

| In Re: | Case No.: 21-18086 VFP |
|---|---|
|  | Chapter 13 |
| GULTEN KUSCAN, DEBTOR(S) | Hearing Date: July 14, 2022 @ 10:00 A.M. |
|  | Judge: Vincent F. Papalia, U.S.B.J. |

### INTERIM ORDER AUTHORIZING SALE OF REAL PROPERTY
### AND CONTINUING HEARING ON MOTION

The relief set forth on the following pages is hereby **ORDERED**.

```
Recommended Local Form:              XXXXX
                        ----- Followed   ----- Modified
```

**DATED: July 18, 2022**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the Debtor's motion for authorization to sell real property, commonly known as 274 Pacific Street, Paterson, New Jersey (Real Property)

**IT IS** hereby **ORDERED** as follows:

1. The Debtor is authorized to sell the Real Property upon the terms and conditions of the contract of sale pursuant to 11 U.S.C. Sections 363(b) and 1303.

2. The sale proceeds must be applied to satisfy the lien(s) against the real property, paying the mortgage held by Rushmore Loan Management Services, in full, at closing, consistent with payoff information provided by Rushmore Loan Management Services and/or its counsel.

   a. Any other ordinary course, statutory or municipal obligations, pertaining to the property, including, but not limited to real estate taxes and/or water/sewer charges, must be paid, in full, at closing.

3. Real Estate Counsel to the Debtor, Glenn Huber, Esq., is to be paid the sum of $1,350[1], at closing, consistent with the retainer agreement with the Debtor.

4. Nicholas Real Estate Agency, retained real estate broker, is to be paid a real estate commission of 5% of the contract price, in accordance with the listing agreement with the Debtor.

5. Other reasonable and customary closing fees and costs must be satisfied from the sale proceeds.

---

[1] Or such amount as consistent with the Retainer Agreement should there be additional services provided to the Debtor. The retainer agreement is filed as an Exhibit to Special Counsel's Retention Application.

6. Raymond & Raymond, Esqs., Attorneys for the Debtor, to be paid the sum of $1,395, representing the balance of counsel fees due under the plan, plus any supplemental counsel fee award[2], consistent with the order to be entered by the Court, at closing.

7. The balance of the sale proceeds, after payment of the obligations referenced in this order, are to be remitted to Debtor's Bankruptcy Attorneys, Raymond & Raymond, Esqs., to be held pending further Order of the Court, as to, inter alia, distribution to unsecured creditors.

8. Further hearing on this motion, regarding the issues raised in the preceding paragraph, is to be held on September 1, 2022 at 10:00 A.M. Objections filed by any parties are preserved.

9. A copy of the executed settlement statement, must be provided to Debtor's bankruptcy counsel, to be provided to the Chapter 13 Trustee, through Debtor's counsel, within fourteen (14) days of closing.

10. Other provisions:

    a. The Debtor reserves the right to challenge any payoff statement, quote, letter, etc. Paying off any obligation at closing does not preclude the Debtor from later challenging the amount due and owing. Paying off any closing obligation, including but not limited to any lien, judgment, mortgage or statutory obligation, does not prejudice or preclude the Debtor from later challenging the amount due.

---

[2] There is a pending supplemental counsel fee request for $3,250. See docket entry sixty-three.

|     | b. The fourteen (14) day stay provided by Bankruptcy Rule 6004(h) be and is hereby waived.  The sale may proceed immediately. |
|-----|---|
| 1   | |
| 2   | |
| 3   | |
| 4   | |
| 5   | |
| 6   | |
| 7   | |
| 8   | |
| 9   | |
| 10  | |
| 11  | |
| 12  | |
| 13  | |
| 14  | |
| 15  | |
| 16  | |
| 17  | |
| 18  | |
| 19  | |
| 20  | |
| 21  | |
| 22  | |
| 23  | |
| 24  | |
| 25  | |
| 26  | |
| 27  | |
| 28  | |